FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 FEB -6  AM 9: 11

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LEONTAE V. DUNCAN,          )
                           )
        Plaintiff,         )
                           )
v.                         )        CASE NO. CV419-221
                           )
CCSO, JOHN T. WILCHER, DEPUTY )
R. WHITE, CORRECT HEALTH,  )
INC., and RN MRS. DAMBACH, )
                           )
        Defendants.        )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 7), to which no objections have been
filed. After a careful review of the record, the report and
recommendation is **ADOPTED** as the Court's opinion in this
case. As a result, any claims asserted against the Chatham
County Sheriff's Office and Defendant John T. Wilcher are
**DISMISSED**.

SO ORDERED this ___5th___ day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA