IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LEONTAE V. DUNCAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV419-221 |
| DEPUTY CPL. R. WHITE, CORRECT HEALTH INC. and MRS. DAMBACH, RN, | ) |
| Defendants. | ) |

O R D E R

Before the Court is the Magistrate Judge's October 27, 2020, Report and Recommendation (Doc. 27), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, Defendants Correct Health, LLC and Amy Dambach's Motion to Dismiss (Doc. 23) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA