AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEONTAE V. DUNCAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-221

DEPUTY CPL. R. WHITE, CORRECT HEALTH INC., and MRS. DAMBACH, RN.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 28th day of January 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Court's opinion. Therefore, Plaintiff's complaint is DISMISSED without prejudice, and Defendants' motion to dismiss is DISMISSED as moot. This case stands CLOSED.



1/28/2021
Date

John E. Triplett, Acting Clerk
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/2020